People v Gonzalez (2023 NY Slip Op 03477)

People v Gonzalez

2023 NY Slip Op 03477

Decided on June 28, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 28, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
CHERYL E. CHAMBERS
ROBERT J. MILLER
DEBORAH A. DOWLING
JANICE A. TAYLOR, JJ.

2022-04126
 (Ind. No. 70568/21)

[*1]The People of the State of New York, respondent,
v
Jason Gonzalez, appellant.

Patricia Pazner, New York, NY (David P. Greenberg of counsel; Russ Altman-Merino on the memorandum), for appellant.
Michael E. McMahon, District Attorney, Staten Island, NY (Thomas B. Litsky of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Lisa Grey, J.), rendered May 13, 2022. The appeal brings up for review an order of protection issued at the time of sentencing.
ORDERED that upon the appeal from the judgment, the portions of the order of protection that were in favor of Christopher Bailey, Philip Bocchino, and Nelson Ortega are vacated, as a matter of discretion in the interest of justice; and it is further,
ORDERED that the judgment is affirmed.
As the People correctly concede, the Supreme Court had no authority to issue an order of protection in favor of Christopher Bailey, Philip Bocchino, and Nelson Ortega, since these individuals were neither victims of, nor witnesses to, the crime to which the defendant entered a plea of guilty (see CPL 530.13[4]; People v Rosales, 198 AD3d 988; People v Grimes, 195 AD3d 642; People v Hanniford, 174 AD3d 921). Accordingly, we vacate those portions of the order of protection that were issued in favor of those individuals.
CONNOLLY, J.P., CHAMBERS, MILLER, DOWLING and TAYLOR, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court